**NOT FOR PUBLICATION**

JUL 31 2014

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| ESTATE OF JOHN JAMES RYAN, | No. 13-55041 |
| Plaintiff, | D.C. No. 3:13-cv-00004-MMA-DHB |
| And | |
| MYKAL S. RYAN, Special Administrator for Estate of John James Ryan, | MEMORANDUM[*] |
| Plaintiff - Appellant, | |
| v. | |
| TIMOTHY M. HYDEN, a California resident and as Trustee of the John and Christy Ryan Family Trust; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
Michael M. Anello, District Judge, Presiding

Submitted July 22, 2014[**]

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before:      GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

Mykal S. Ryan, Special Administrator for the Estate of John James Ryan, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging due process and equal protection violations in connection with the enforcement of a default judgment. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to comply with a prefiling order. *In re Fillbach*, 223 F.3d 1089, 1090 (9th Cir. 2000). We affirm.

The district court did not abuse its discretion in dismissing this action because Ryan failed to comply with the vexatious litigant order entered against him, which required him to obtain court approval before filing an action involving these defendants and issues. *See id*.

We reject Ryan's contentions of alleged judicial bias and prejudice.

We deny Ryan's outstanding requests.

**AFFIRMED**.